Opinion issued August 5, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00080-CV

———————————

DIRECT
ENERGY GP, LLC, Appellant

V.

MXENERGY HOLDINGS, INC. and MXENERGY,
INC., Appellees



 



 

On Appeal from the 295th District Court 

Harris County, Texas



Trial Court Case No. 0981343

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P. 42.1(a) (1).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Sharp.